IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY HARDNETT SR.,

        Plaintiff,

    v.

JACKSONS FOOD STORES, INC.,

        Defendant.

Case No. 3:25-cv-01246-YY

ORDER

**BAGGIO, District Judge:**

Magistrate Judge You issued a Findings and Recommendation on March 18, 2026, in which she recommends that this Court grant Defendant's Motion to Compel. F&R, ECF No. 35. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 37. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that

1 – ORDER

portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d

930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en

banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no

basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent

portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and

Recommendation.

**CONCLUSION**

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [35].

Therefore, Defendant's Motion to Compel Arbitration and Stay Action [10] is GRANTED. This

case is STAYED pending arbitration.

IT IS SO ORDERED.

DATED July 29, 2026_____.

AMY M. BAGGIO
United States District Judge

2 – ORDER